UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-1961-KK-AJRx** | Date: | November 29, 2023 |
|---|---|---|---|
| Title: | *Keith Birnbaum et al v. LoanCare, LLC et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause and Notice to All Parties

On October 5, 2023, the Court set a Scheduling Conference which is currently set for December 11, 2023. ECF Docket No. ("Dkt.") 9. As required by the Court's October 5, 2023 Order, Counsel were required to file a Joint Rule 26(f) Report no later than November 27, 2023. Dkts 9, 11.

To date, a Joint Rule 26(f) Report has not been filed. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **December 8, 2023** why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders.  See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**